STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

NO. 2023 CA 0651

JAMES CREGG

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND
MECHANICAL COLLEGE

Judgment Rendered: **MAR 0 1 2024**

Appealed from the
19th Judicial District Court
In and for the Parish of East Baton Rouge
State of Louisiana
Docket No. 710803

The Honorable Wilson E. Fields, Judge Presiding

| | |
|---|---|
| Christopher L. Whittington<br>Robert L. Campbell<br>Baton Rouge, Louisiana | Counsel for Plaintiff/Appellee,<br>James Cregg |
| Leo C. Hamilton<br>Carroll Devillier<br>Alexandra C. Hains<br>Baton Rouge, Louisiana | Counsel for Defendant/Appellant,<br>Board of Supervisors of Louisiana<br>State University and Agricultural<br>and Mechanical College |
| Jeff Landry<br>Attorney General<br>Christine S. Keenan<br>Elizabeth Bailly Bloch<br>Special Assistant Attorneys General<br>Baton Rouge, Louisiana | |

BEFORE: McCLENDON, HESTER, AND MILLER, JJ.

**MILLER, J.**

This matter is before us on appeal by defendant, the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU"), from a February 2, 2023 judgment of the trial court granting Mr. Cregg's motion to tax costs and fees, and awarding same, pursuant to the trial court's earlier September 8, 2022 judgment finding that LSU terminated the employment agreement without cause, awarding liquidated damages, and casting LSU with all costs of these proceedings.

The facts and procedural history of this case are more fully developed in the companion case to this appeal, Cregg v. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, 2023-0127 (La. App. 1st Cir. _/_/_), _ So. 3d _, also handed down this date. Therein, we reviewed the trial court's September 8, 2022 judgment awarding liquidated damages in the amount of $492,945.20 to Mr. Cregg in his suit against LSU as a result of his termination. After considering that appeal, we determined LSU terminated the employment agreement with cause and reversed the September 8, 2022 judgment of the trial court.

To the extent that the February 2, 2023 judgment at issue in this appeal was rendered in furtherance of and under the authority of the trial court's ruling casting LSU with all costs in the September 8, 2022 judgment, which we reversed, we find the February 2, 2023 judgment is likewise improper and must be vacated.

**DECREE**

Based on the above and foregoing reasons, the February 2, 2023 judgment of the trial court is vacated. Costs of this appeal are assessed to the plaintiff/appellee, James Cregg.

**VACATED.**